*In re* **ROLLING-HOLMES**, Karrean Marie (MR 19549)
South Holland, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Karrean Marie Rolling-Holmes is suspended from the practice of law for three years and until further order of the Court, effective immediately.